AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED
United States District Court
Albuquerque, New Mexico
Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
_____District of New Mexico_____

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched* )<br>*or identify the person by name and address)* )<br>13148 Wenonah Ave SE, Apt. D, Albuquerque, New )<br>Mexico 87123 )<br>) | Case No. **23mr1912** |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___New Mexico___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached hereto and incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before   October 25, 2023   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   10/11/2023 1:10 pm                       *[signature: B Paul Briones]*
                                                                                         *Judge's signature*

City and state:   Albuquerque, NM                                  B. Paul Briones, US Magistrate Judge
                                                                                        *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 29MR1912 | 10/18/23 @ 10:40 AM | ASHLEY MARTINEZ |

Inventory made in the presence of:
AQ JTTF

Inventory of the property taken and name of any person(s) seized:

1. Black Samsung Galaxy, J2 Pure, phone w/ cracked screen
2. Black WIKO cell phone
3. Black "olo@Tel" cell phone w/ cracked screen
4. Black LG phone w/ no battery

RO

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/18/23

*Executing officer's signature*

REDMOND OTT / SPECIAL AGENT
*Printed name and title*

## ATTACHMENT A

### *Property to be searched*

The property to be searched is as follows:

1) The Target Residence, located at 13148 Wenonah Ave SE, Apartment D, Albuquerque, New Mexico, 87123 and may be described as a light grey and dark blue in color multi-family apartment complex with tan/orange trim. The Target Residence is located on the second floor in building 13148 with the number "13148" visible on the North end of the building. The letter "D" is visible on the door frame of the residence. The Target Residence is a second-story apartment with windows on the north, west and south sides of the residence.



## **ATTACHMENT B**

### *Evidence to be seized*

The search of the property described in Attachment A shall include all records and information that may constitute evidence of criminal violations relating to 18 U.S.C. § 2339B, providing and attempting to provide material support to a designated foreign terrorist organization (hereinafter "FTO"), and Obstruction of Justice, in violation of 18 U.S.C. § 1512(c)(1) including:

1. All cellular telephones and smart telephones that may have been used as a means to commit criminal violations of, or contain evidence of, criminal violations relating to Title 18, United States Code, Section 2339B (Providing Material Support to a Designated Foreign Terrorist Organization), and Obstruction of Justice, in violation of 18 U.S.C. § 1512(c)(1).

2. For cellular telephones and smart telephones whose seizure is otherwise authorized by this warrant:

    a. Evidence of who used, owned, or controlled the electronic devices at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

    b. Evidence of software that would allow others to control the cellular telephones, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

    c. Evidence of the lack of such malicious software;

    d. Evidence of the attachments to the electronic devices or similar containers for electronic evidence;

    e. Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the electronic devices;

    f. Evidence of the times the electronic devices were used;

    g. Passwords, encryption keys, and other access devices that may be necessary to access the electronic devices;

2

h. Documentation and manuals that may be necessary to access the electronic devices or to conduct a forensic examination of the electronic devices;

i. Contextual information necessary to understand the evidence described in this attachment;

j. records and things evidencing the use of the Internet Protocol addresses including records of Internet Protocol addresses used;

k. Records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet or P2P search engine, and records of user-typed web addresses;

l. Communications evidencing the user's location and activities in the United States and elsewhere; communications to and from potential coconspirators, supporters or and facilitators for ISIS, or other armed groups; communications about the use of unlawful violence; communications evidencing destruction of evidence, evidence of other communications belonging to the subscriber; address books providing contact information for co-conspirators, supporters, facilitators or witnesses; or any other files, including photographs, videos, and text documents, describing the locations and activities of individuals fighting with or on behalf of ISIS or other armed groups.

m. Any text communications, messages, chats, or discussions including chat, voice, and typed text pertaining to providing, conspiring, and attempting to provide material support and resources to a designated foreign terrorist organization, including ISIS;

n. All images, video content, image files, video files, text files, archive files and any other uploaded files, attachments or Internet links pertaining to the providing, conspiring, and attempting to provide material support and resources to a designated foreign terrorist organization, including ISIS, or the destruction of evidence thereof.

o. All posted text communications, chats, discussions, and public postings that further the recruitment of individuals to provide, conspire to provide, and attempt to provide material support and resources to a designated foreign terrorist organization, including ISIS;

p. Evidence indicating the user's state of mind as it relates to the criminal violations under investigation (identified above).

3

3. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

4. This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.